UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **ALBERT PUGH** | **CIVIL ACTION NO. 15-1498** |
| LA. DOC #297448 | SECTION P |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **LaSALLE MANAGEMENT CORP** | **MAG. JUDGE KAREN L. HAYES** |

**J U D G M E N T**

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint be **DISMISSED WITHOUT PREJUDICE** pursuant to the provisions of Fed. R. Civ. P Rule 41(b) and Local Rule 41.3.

**MONROE, LOUISIANA,** this 11th day of December, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE